PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

The cross-appeal is allowed.

MOYER, C.J., and PFEIFER, J., dissent.

RESNICK, J., not participating.

The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Lucas County, and the parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.

## RECONSIDERATION OF PRIOR DECISIONS

2001-2158. **Perotti v. Ishee.**
Mahoning App. No. 01CA88, 2001-Ohio-3436. Reported at 95 Ohio St.3d 1465, 2002-Ohio-2354, 768 N.E.2d 657. IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.